UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-CV-23137

DOHLER S.A., DOHLER USA, INC., and VULCANO AMERICA, LLC,

        Plaintiffs,

vs.

GIFT GURU, a business entity of unknown makeup, AFG DISTRIBUTION, INC., a North Carolina Corporation, JAMES MAGURA, an individual, LUKE PENISTON, an individual, and DOES 1-10,

        Defendants.

## JOINT SCHEDULING REPORT

COMES NOW the parties, by and through undersigned counsel and pursuant to the Court's Order of December 13, 2016, as well as the Local Rules of the United States District Court for the Southern District of Florida, and hereby file this their Joint Scheduling Report with regard to the above referenced litigation matter and advise the Court as follows:

**I.  CASE MANAGEMENT TRACK**

The parties respectfully suggest that this case be assigned to a standard track with discovery to be completed within 180 – 269 days of the Scheduling Order.

**II.  SCHEDULING CONFERENCE**

Counsel for the parties have conferred as required by the Court's Order to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case and to make or arrange for the disclosures required

by Rule 26 (a) (1) of the Federal Rules of Civil Procedure and to develop a discovery and case management plan as follows:

(a) <u>Likelihood of Settlement</u>:

Settlement negotiations will be ongoing and a Mediation Conference is to be scheduled by the parties and completed by <u>October, 13, 2017;</u>

(b) <u>Likelihood of Appearance of Additional Parties:</u> The addition of parties is likely as John Does are determined.

(c) <u>Proposed Limits on Time to Join Other Parties and To Amend Pleadings:</u>

The parties suggest a date of <u>September 13, 2017</u> for the filing of dispositive Pre-Trial Motions and December 13, 2017 as the date when all fact and expert discovery must be completed.

<u>August 13, 2017</u> to Amend the Complaint.

(d) <u>Proposals for the Formulation and Simplification of Issues:</u> None at this time.

(e) <u>Necessity of Amendments to Pleadings:</u> None as this time and none anticipated, other than additional parties.

(f) <u>Admissions of Fact – Authenticity – Stipulations:</u> The parties have not yet met in an attempt to stipulate to the authenticity of records and other evidence, however the parties will do so.

(g) <u>Avoidance of Unnecessary Proof and Cumulative Evidence</u>: The parties have not yet met in an attempt to streamline the issues to be determined at trial, however the parties will do so.

(h) <u>Preliminary Estimate of Time Required for Trial</u>: 3 – 4 days

(i) <u>Requested Dates for Conferences before Trial, Final Pretrial Conference and Trial:</u>

Initial Pretrial Conference as scheduled by the Court – _____.

Final Pretrial Conference – <u>March 2018</u>.

Trial Date – <u>May 2018</u>.

(j) The parties do not anticipate a need for an early case management conference to be held by the Court.

(k) The parties will be discussing settlement possibilities and a mediation conference will be completed by the parties by <u>August 13, 2017.</u>

(l) The parties submit that the Manual on Complex Litigation, Third Edition is not necessary in this cause.

(m) Counsel for the parties have conferred regarding the "disclosure requirement" of Fed.R.Civ.P.26(a)(1-4) should apply by Order of the Court.

(n) Documents produced when possible shall be bates stamped and in PDF form.

There are no other matters known to the parties at this time that may aid the Court in the fair and expeditious administration and disposition of the case.

**<u>JOINT SCHEDULE</u>:**

1. Pursuant to the Court's Order, the parties have jointly completed the attached Schedule Jointly Proposed by the Parties and incorporate same into the Joint Scheduling Report.

DATED January 13, 2017.

| | |
|---|---|
| <u>By: /s/Matthew Sean Tucker</u><br>Matthew Sean Tucker<br>Florida Bar No. 90047<br>Tucker IP<br>110 SE 6TH Street, Suite 1709<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 204-0444<br>Facsimile: (954) 358-4946<br>mtucker@TuckeripLaw.com<br>*Attorney for Plaintiffs* | By: <u>/s/ William Heedy</u><br>William Heedy<br>Florida Bar No. 89348<br>wheedy@vwlawfirm.com<br>**THE VAN WINKLE LAW FIRM**<br>11 N. Market Street<br>Asheville, NC 28801<br>Telephone: (828) 258-2991<br>Facsimile: (828) 257-2773<br>*Attorney for AFGD Defendants* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-CV-23137

DOHLER S.A., DOHLER USA, INC., and
VULCANO AMERICA, LLC,

        **Plaintiffs,**

vs.

GIFT GURU, a business entity of unknown
makeup, AFG DISTRIBUTION, INC., a
North Carolina Corporation, JAMES
MAGURA, an individual, LUKE
PENISTON, an individual, and DOES 1-
10,

        **Defendants.**

**PROPOSED SCHEDULING ORDER SETTING
CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on 05/13/2018.[1] The **Calendar Call** will be held at **9:30 a.m. on Wednesday, 04/23/2018**.[2] A **Status Conference** will be held at **9:30 a.m. on Wednesday, 10/13/2017**.[3] The parties shall adhere to the following schedule:

| | |
|---|---|
| 1. Joinder of any additional parties and filing of motions to amend the complaint by | **August 13, 2017** |
| 2. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **November 13, 2017** |
| 3. Plaintiff(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **November 13, 2017** |
| 4. Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **November 23, 2017** |

| | |
|---|---|
| 5. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **December 13, 2017** |
| 6. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **October 13, 2017** |
| 7. Fact discovery shall be completed by **[at least five months before Trial date]** | **December 13, 2017** |
| 8. Expert discovery shall be completed by **[at least five months before Trial date]** | **December 13, 2017** |
| 9. Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by **[at least four months before Trial date]** | **February 13, 2018** |
| 10. Mediation shall be completed by **[at least three months before Trial date]**[5] | **October 13, 2017** |
| 11. All pretrial motions and memoranda of law, including motions in limine, shall be filed by **[at least two months before Trial date]** | **March 13, 2018** |
| 12. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by **[at least one month before Trial date]** | **April 13, 2018** |
| 13. Electronic versions of documentary exhibits and Certificates of Compliance re Admitted Evidence shall be filed on CM/ECF by **[no later than 48 hours prior to Calendar Call]** | **April 20, 2018** |

DATED January 13, 2017.

By: /s/Matthew Sean Tucker  
Matthew Sean Tucker  
Florida Bar No. 90047  
Tucker IP  
110 SE 6TH Street, Suite 1709  
Fort Lauderdale, FL 33301  
Telephone: (954) 204-0444  
Facsimile: (954) 358-4946  
mtucker@TuckeripLaw.com  
*Attorney for Plaintiffs*

By: /s/ William Heedy  
William Heedy  
Florida Bar No. 89348  
wheedy@vwlawfirm.com  
**THE VAN WINKLE LAW FIRM**  
11 N. Market Street  
Asheville, NC 28801  
Telephone: (828) 258-2991  
Facsimile: (828) 257-2773  
*Attorney for AFGD Defendants*